E-FILED
Tuesday, 04 August, 2020  03:30:33 PM
Clerk, U.S. District Court, ILCD

FILED

AUG - 3 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ILLINOIS**

**PEORIA DIVISION**

**Kenneth Simmons**

-v-                                                        case no. 20-1284

**Jack's Cafe,**

**Property/Parking lot owner**

**130 Lake st.**

**Tremont il.61568**

## COMPLAINT

1.    All actions complained of took place at 130 Lake st. Tremont , Illinois 61568.

2.    Plaintiff makes a claim of violations of the Americans With Disabilities Act (the ADA) against both Defendants.

3.    Plaintiff is issued a handicap parking placard by the State of Illinois.

4. The ADA requires all parking lots to comply with the ADA.

5. The ADA requires a parking lot to have a properly marked handicap parking spot.

6. The handicap parking spot must include a sign no LESS THAN 5 feet from the ground in front of the parking spot.

7.    The handicap parking spot must include a handicap parking emblem on the ground within the handicap parking spot.

8. The handicap parking spot must have a ACCESS AISLE a certain width and length and marked attached to the handicap parking spot.

9.    The handicap parking spot MUST be in front of the door.

10. IF the handicap parking spot CAN NOT be in front of the doors (ONLY IN LIMITED SITUATIONS PER THE US ACCESS BOARD) the HANDICAP PARKING SPACE and ACCESS AISLE must include a SAFE ACCESS ROUTE and that SAFE ACCESS ROUTE must be marked and a certain width, color etc..

11. The parking lot located at 130 Lake st Tremont is required to comply with the ADA and handicap parking laws.

12. The business located at 130 Lake st Tremont Il. named Jacks Cafe is required to comply with the ADA.

13. On 7-23-2020 at 3:13 pm Plaintiff entered the parking lot located at 130 lake st Tremont to use the facilities provided by the owner of the parking lot and Jacks Cafe for non disable individuals and disable individuals, the handicap parking space, eatery and restrooms.

14.    The 2 handicap parking spaces and access aisles located at the front door to Jacks Cafe were blocked by concrete blocks, tables and umbrellas. (pictures attached exhibits 1 and 2).

15.    The Plaintiff was unable to park, exit his vehicle, safely enter the business or use the business or restrooms.

16. The Defendants actions upset Plaintiff.

17. The Defendants actions caused Plaintiff to feel he does not matter to or belong in society and ashamed of his disability.

18. The Defendants actions caused Plaintiff to feel he does not matter to or belong in society and ashamed of his disability because he could not use the restroom.

19.    The Defendants actions made me feel less than a whole person.

20.    The Plaintiff lost his appetite and drove home.

21. Plaintiff call Tremont law enforcement to see if they could get the handicap parking spaces unblocked.

22.    Tremont officer # 3 responded and talked to management at Jacks Cafe.

23. Plaintiff also email a complaint to the village. ( exhibit 3)

24. Tremont responded that they were addressing the issues. (exhibit 4).

25.    On 7-25-2020 at 705pm believing that the Village of Tremont code enforcement, street dept. or/ and police dept and/or the property/parking lot owner    had removed or assisted Jacks Cafe in removing the obstructions in the handicap parking spaces I returned for supper.

26. Upon entering the parking lot Plaintiff noted that the handicap parking spaces were blocked STILL.

26. Plaintiff upset, took picture of the still blocked handicap parking spaces (2) including a NOW

COVERED HANDICAP PARKING SIGN WITH A PLASTIC BAG. (exhibit 5).

27. Plaintiff again had the same feelings as on 7-23-2020 of being less than others.

28. Plaintiff took pics of 2 NON DISABLE law enforcement using the facilities of JACKS CAFE and parking lot. One was a Tremont police officer and Tazewell county officer.

29. I felt less of a person than the officers and customers.

30. As Plaintiff was leaving his wife pointed out a handicap sign approx 1 foot from the ground NOT 5 feet as required by the ADA, next to one of the blocked handicap parking spaces. The sign was NOT 5 feet from the ground, the parking space was not marked with a handicap emblem on the ground, there was no access aisle for Plaintiff to maneuver with his mobility devise as required by the ADA and Illinois code, there was no marked safe access route to the front door in fact this non ADA compiance space required the disable to enter traffic ( the ADA indicates safe access route can not be behind the vehicle per US ACCESS BOARD) or maneuver a step ( ADA requires a ramp or smooth flat surface to the entrance).

31.    Defendant    property/parking lot owner actions of providing legal or ADA opinion NOT to unblock the handicap parking for tax revenue is a practice policy or procedure that violates the ADA and is inconcert with the other defendant to violate Plaintiffs rights.

32.    Defendant Property/Parking lot owner actions of assisting with advise and a NON ADA compliant sign with the intention of depriving the disable of service at Jacks Cafe is inconcert with the other defendants actions to violate the ADA.

## RELIEF REQUESTED

1.    EMERGENCY INJUNCTION removing the objects blocking BOTH handicap parking spaces and access aisles and a safe access route to front doors.

2. Find Defendant (s) violated the ADA when it(they) blocked the handicap parking space and access aisle causing Plaintiffs damages on 7-23-2020.

3. Find Defendant(s) violated the ADA when the obstructions from the handicap parkimg were NOT removed causing Plaintiffs damages on 7-25-2020.

4. Grant Plaintiff $25,000 per violation(2) for emotional and or mental damages for treating Plaintiff different than others not disable.

5. Grant Plaintiff all costs.

6. All relief the Court deems reasonable to make Plaintiff whole.

7. PERMANANT INJUNCTION PREVENTING BLOCKING THE HANDICAP PARKING SPOTS IN THE FUTURE.

Kenneth Simmons                                    pro se

po box 865

Minier, Il. 61759

309-472-8671





| User: 8298 | **TREMONT POLICE DEPARTMENT** | 07/27/2020 14:15:47 |
|---|---|---|

## Event Report

**Event ID:** 20-101221     **Call Ref #:** 142     Date/Time Received: 07/23/2020 16:04:20

| Rept #: | Call Source : PHONE | Prime Unit : | TR3 SIWAK, ROBERT F | Service Involved |
|---|---|---|---|---|

LAW

Location: **130 LAKE ST**
X-ST: *S BAER RD*
Business: JACKS     Phone: (309) 925-2233

Jur: CAD     Service: LAW     Agency: TRPD
St/Beat: TRPD     District:     RA:

| Nature: **PARKING VIOLATIONS** | Alarm Lvl: 1 | Priority: 7 | Medical Priority: |
|---|---|---|---|

Caller: SIMMONS, TIM     Alarm:     Call Taker: SUTTERC
Addr: 130 LAKE ST     Phone: (309) 472-8671     Alarm Type:     Console: TC03

Vehicle:     St:     Report Only: No     Race:     Sex:     Age:

Geo-Verified Addr: Yes     Nature Summary Code:     Disposition: 40     Close Comments:

Notes:
On 7/23/2020, 1809 hours, I called Jack's Cafe and spoke with Jeff. I reiterated the need to remove the barriers and tables from the handicap spots. He stated he would comply. [07/27/20 08:21:39 Unit:TR3]
Issue temporarily resolved. Owners, Bessa and Jeff, state they will adjust their tables. [07/23/20 16:59:58 Unit:TR3]
{TR3} NSN [07/23/20 16:20:03 JUERGENSR]
CALLER STATES THAT THE BUSINESS HAS TABLES BLOCKING THE HANDI CAP PARKING [07/23/20 16:05:20 SUTTERC]

### Times

| | | | |
|---|---|---|---|
| Call Received: 07/23/2020 16:04:20 | Time From Call Received | | |
| Call Routed: 07/23/2020 16:06:04 | 000:01:44 | Unit Reaction: 000:05:24 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 07/23/2020 16:06:04 | 000:01:44 | En-Route: 000:00:43 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 07/23/2020 16:08:25 | 000:04:05 *(Time Held):* | On-Scene: 000:46:56 | *(1st Arrive to Last Clear)* |
| 1st En-Route: 07/23/2020 16:09:08 | 000:04:48 | | |
| 1st Arrive: 07/23/2020 16:13:49 | 000:09:29 *(Reaction Time):* | | |
| Last Clear: 07/23/2020 17:00:45 | 000:56:25 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| TR3 | 7149 | D | Dispatched | 07/23/2020 16:08:25 | Stat/Beat: TRPD | | JUERGENSR |
| TR3 | 7149 | E | En-Route | 07/23/2020 16:09:08 | | | Unit:TR3 |
| TR3 | 7149 | A | Arrived | 07/23/2020 16:13:49 | | | JUERGENSR |
| TR3 | 7149 | C | Cleared | 07/23/2020 17:00:45 | | 40 | Unit:TR3 |



## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TR | Time Received | 07/23/2020 16:04:20 | By: PHONE | | SUTTERC |
| | | ENT | Entered Street | 07/23/2020 16:04:30 | JACKS | | SUTTERC |
| | | ENT | Entered Nature | 07/23/2020 16:04:32 | PARKING VIOLATIONS | | SUTTERC |
| | | ENT | Entered Remarks | 07/23/2020 16:05:20 | | | SUTTERC |
| | | ENT | Entered CallerName_CallIn | 07/23/2020 16:05:29 | SIMMONS, TIM | | SUTTERC |
| | | ENT | Entered CallerPhone | 07/23/2020 16:05:45 | 3094728671 | | SUTTERC |
| | | CHG | Changed Street | 07/23/2020 16:05:59 | JACKS --> 130 LAKE ST | | SUTTERC |
| | | CHG | Changed Agency | 07/23/2020 16:05:59 | ETSB --> TRPD | | SUTTERC |
| | | FIN | Finished Call Taking | 07/23/2020 16:06:04 | | | SUTTERC |
| | | VEVT | Viewed Event | 07/23/2020 16:08:02 | User First Viewed Event CAD | | JUERGENSR |
| | | SP | Spawned | 07/23/2020 16:11:02 | Spawned LAW event #20101225, callref #146 | | JUERGENSR |
| | | ARM | Added Remarks | 07/23/2020 16:20:03 | | | JUERGENSR |
| | | RSW | Reset Watchdog Timer | 07/23/2020 16:20:06 | Units: TR3 >>> 30Min. | | JUERGENSR |
| | | VEVT | Viewed Event | 07/23/2020 16:28:24 | User First Viewed Event CAD | | AHUNT |
| | | RSW | Reset Watchdog Timer | 07/23/2020 16:44:18 | Units: TR3 >>> 30Min. | | JUERGENSR |
| | | ARM | Added Remarks | 07/23/2020 16:59:28 | | | Unit:TR3 |
| | | ARM | Added Remarks | 07/27/2020 08:21:39 | | | Unit:TR3 |

## Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|-----------------------|------|------|-----|-----|-----|------|-----|-----|---------|-----------|---------|
| SIMMONS, TIM | Caller | | | | 0 | | | | (309) 472-8671 | | |
| Address: | LAKE ST TREMONT IL 61568 | | | | | | | | | | |

